<u>**EXHIBIT 10**</u>

## Fraud Alert

SMC values the relationship we have with our members, our names, and our reputation.

Occasionally, we receive complaints from members about other companies or individuals using misleadingly similar names, or falsely claiming or implying that they are associated with or endorsed by SMC or our legitimate affiliates.

The companies and individuals listed below are NOT affiliated with SMC in any way. They may infringe trademarks or copyrights, provide sub-standard products or services, or be involved with customer complaints, lawsuits, credit problems, or bankruptcy. Doing business with them may subject you to liability or termination of your membership. Please report any fraudulent or suspicious activity to us at fraudalert@smcorp.com.

**We strongly caution you against providing any of the following people or companies with your credit card, bank account, or other personal information.**

| | |
|---|---|
| **3XP Web Solutions** | **Internet Marketing Solutions** |
| **Ecommerce Business Solutions** | **USellCorp** |
| **Future Ranking** | **WebMarketing Source** |
| | |
| 15-Day-Free-Trial-Websites | Garette Craig |
| Anvis | Internet Advancement |
| ADZACT | Mark A. Nichols |
| Captures | Mark Busnelli |
| Charles E. Brooks, Jr. | Nicholas Dean Lunsford |
| ConsumerPay | Premier Hosting, Inc. |
| Custom Built Online Stores | Recommended-home-business |
| Daryl Rutherford | SMCeBiz |
| Inventory Source | Travis Prouty |
| Digiworld Technologies | National Marketers, LLC |
| Drop Ship Design | E-Commerce Advertising LLC |
| dropship-ecommerce | ecomreview |
| Ecommerce-Business-Services | Mike Mailberg |
| The E-Commerce Team, LLC | |

Federal Court Judgement against 3XPWeb predecessor-in-interest

Federal Court Injunction against USellCorp predecessor-in-interest

Arrest Record of 3XPWeb employee

Page 1 of 1

http://www.mcso.org/index.php?a=GetModules&mn=Mugshot

## MARICOPA COUNTY
## SHERIFF'S OFFICE
### Sheriff Joe Arpaio
*Protecting and Serving the Valley of the Sun*
*Since 1893*

HOME | ABOUT MCSO | CAREER INFO | CONTACT US | FAQ | REPORT A CRIME | SEARCH

*Message from Sheriff Joe*
"Are You On The List"

You probably know him as "America's Toughest Sheriff", a name given to him by the media years ago. It's a name no he certainly has earned as the head of the nation's fourth largest Sheriff's Office. But even before he became Sheriff in 1993, Joe Arpaio was one tough law man

READ MORE...

Maricopa County Sheriff's Office and CBS KPHO 5
Joining together to fight crime!
Click to Visit KPHO 5

Watch Our Commercial

## MUG SHOTS

MUG SHOTS
BACK

PROUTY, TRAVIS DRAKE #P258017



BOOKED: 02-03-2007

| SEX: | MALE |
| RACE: | WHITE |
| D.O.B: | 05-14-1982 |
| HEIGHT: | 5'11" |
| WEIGHT: | 245 |
| EYE: | GREEN |
| HAIR: | BROWN |

**In Custody For:**
001 FELONY COUNT OF NARCOTIC DRUG-POSSESS FOR SALE
001 FELONY COUNT OF NARC DRUG-TRANSP AND/OR SELL
001 FELONY COUNT OF POSSESS USE W/IN DRUG-OFF
001 MISDEMEANOR COUNT OF DRUG PARAPHERNALIA-POSSESS/USE
001 MISDEMEANOR COUNT OF VIOLATION OF PROMISE TO APPEAR
001 MISDEMEANOR COUNT OF DRIVE W/LIC SUSPENDED FTA/FTP

**Search** Go

CRIME PREVENTION PROGRAMS FOR KIDS & ADULTS
DEADBEAT PARENTS/HALL OF SHAME
INMATE PROGRAMS
IN THE LINE OF DUTY
JAIL INFORMATION
LAKE AND RIVER INFORMATION
M.A.S.H. UNIT
MUGSHOTS
ORDERS OF PROTECTION/DOMESTIC VIOLENCE
PATROLLING THE COUNTY
PAYING BONDS AND FINES
PHOTO GALLERY
POSSE INFORMATION
REPORT A CRIME
REQUEST A REPORT
SAFETY TIPS
SEX OFFENDERS
SUMMONS, SUBPOENAS, TAX LIENS & CIVIL MATTERS
TECHNO-COPS
UNSOLVED MYSTERIES

http://www.smc-fraud-alert.com/mug.htm

**<u>EXHIBIT 11</u>**

THE LAW OFFICES OF
# DONALD W. HUDSPETH, P.C.
A PROFESSIONAL CORPORATION

*"The Business of our Firm is Business"*

February 4, 2009

*VIA REGULAR U.S. MAIL AND
CERTIFIED MAIL; RETURN RECEIPT REQUESTED*

Terry Cox
Specialty Merchandise Corporation
996 Flower Glen St.
Simi Valley, CA 93065

John C. Kirkland, Esq.
Statutory Agent for Specialty Merchandise Corporation
Dreier Stein and Kahan, LLP
1620 26th St., 6th Fl, North Tower
Santa Monica, CA 90404

### Re: National Marketers, LLC, Phoenix, Arizona

Dear Mr. Cox:

This firm represents National Marketers, LLC in Phoenix, Arizona. I am writing you regarding your publishing of my client's name on a website page entitled "**Fraud Alert**" in large, bold font at the top of the page.

Readers of your "**Fraud Alert**" webpage published on smcorp.com are drawn to the bolded statement "**We strongly caution you against providing any of the following people or companies with your credit card, bank account, or other personal information**." The smaller print in between these two damning exclamations states our client and the other listed companies "...*may* [italics mine] infringe trademarks or copyrights, provide substandard products or services, or be involved with customer complaints, lawsuits, credit problems or bankruptcy. Doing business with them may subject you to liability or termination of your membership." As a lawyer and citizen of this country I believe in the premise of innocent until proven guilty and in due process, i.e. the right to be heard on an issue before punishment. The quibbling word "may" does not exempt you from responsibility for accusing our client of fraud and the grocery list of torts our client "may" be guilty of. Visitors to your webpage will read the bolded title, "**Fraud Alert**", and the bolded warning not to give their financial information to any businesses or individuals on the list, perhaps they will read your overly-broad list of torts, and readers will likely ignore the inconspicuous word "may" buried in small text in between which might temper the seriousness of your accusations. Glancing at the text in the paragraph above, it is obvious which words leap from the page to the reader.

Terry Cox
February 3, 2009
Page 2

Here, publishing false and broad speculations about National Marketers, LLC, thereby punishing the company without allowing it to be heard on the issue - and with no proof except someone's very broad litany of torts our client "may" have committed - is just not the "American Way." It is not your role to be judge, jury and executioner. Moreover, it is not the American Way to require my client to prove its innocence by hiring an attorney. Rather, *because you are the accuser, the burden of proof is yours.* Your boilerplate demand letter of December 30, 2008, with awkwardly-worded accusations and a deadline for compliance is not sufficient to create a claim. Before publishing harmful comments you have a duty to investigate their credibility, then address them with specificity. Otherwise, your conduct is with "malice"; i.e. with knowledge of falsity or with reckless disregard for the truth. The accusation of fraud is very serious in law, requiring a specific statement of the facts underlying the claim. Under the law, there are seven distinct requirements that must be met and proven in a court of law, before a person or business can be found guilty of fraud. Your published webpage amounts to an announcement that our client has been convicted of the charge of fraud.

Moreover, you are not a newspaper (even the "National Inquirer" has been held not to be one) thus, your errors of fact and opinions are not privileged, nor do you have the right of retraction. (See *Burnett v. National Inquirer, Inc.*, 144 Ca. App. 3d 991 (1983). Your past, current and ongoing publication only aggravates the matter. You are publishing our client's name on a list on your website smcorp.com and are choosing not to place our client's name on the other website which is more easily-accessible to the public, smc-fraud-alert.com. This indicates you are aware of your liability and are attempting to cover up your publication by publishing on a less visible site. The information is still available to the public at large however, and still publication. (See attached).

Because your website is interactive, in that it seeks and accepts money, and by its intent causes results where ever it is viewed, Arizona has jurisdiction over you and your company for purposes of suit, (See *Lingren v GDT, LLC*, 312 F. Supp 2d 1125 (S. D. Iowa 2004). Thus, we can compel you to appear and defend in Arizona. And, under Arizona law you would be subject to at least the following claims: defamation, injurious falsehood and tortious interference with contracts. *Fillmore v. Maricopa Water Processing Systems, Inc.*, 120 P.3d 697 (App. 2005).

## Defamation.

A defamation action compensates damage to reputation or good name caused by the publication of false information which brings the defamed person into disrepute, contempt, or ridicule, or impeaches the plaintiff's honesty, integrity, virtue or reputation.

Terry Cox
February 3, 2009
Page 3

*Godbehere v. Phoenix Newspaper, Inc,* 162 Ariz. 335, 341, 783 P2d 781, 787 (Ariz. 1989); *Fillmore v. Maricopa Water Processing Systems, Inc.,* 120 P.3d 697 (App. 2005). In an action involving one's virtue or business reputation damages *are presumed.* [Emphasis Added]  And, defamation is a tort for which punitive as well as compensatory and incidental damages may be awarded.

Unlike some states, Arizona under Article XVIII, §6 of the Arizona Constitution, protects the right to recover damages for injury to reputation. *Boswell v. Phoenix Newspapers, Inc.* 152 Ariz. 9, 17, 730 P.2d 186, 194 (1986).  As stated by the Arizona Supreme Court:

> One's reputation is a significant, intensely personal possession that the law strives to protect. The entire common law of defamation attests to the importance we attach to an individual's right to seek compensation for damages to his reputation. *Not even the critical need for open and robust public debate on issues of pubic concern is sufficient to completely shield malicious defamations.*

*Chamberlain v. Mathis,* 151 Ariz. 551, 555, 729 P.2d 905, 909 (1986) [Emphasis added].

The elements of defamation are well known:

1. A false and defamatory statement concerning the plaintiff;
2. An unprivileged publication to a third party
3. Fault amounting at least to negligence on the part of the publisher. and
4. "Actionability" of the statement either due to special harm caused by the publication or irrespective of special harm given the nature of the allegation.

See Restatement (Second of Tort) §558 cited in *Fillmore v. Maricopa Water Processing Systems, Inc.,* 120 P.3d 697 (App. 2005).  While statements concerning a public figure on issues of public concern require a higher standard of proof, i.e. of "malice," here we have malice due to your lack of investigation, and the negligent overly-broad nature of your accusations, before publication. You have no absolute privilege because the only absolute privileges are for statements made during judicial, legislative or executive proceedings or a publication between spouses. Id. @ 707.  And, you do not have a qualified privilege because you are not a newspaper and your statement was with malice.

Here, you and your website have made many false, unsubstantiated statements about National Marketers, LLC's practices. And, you have "gone public" re same, with malice and without privilege. Thus, you are subject to presumed and punitive damages for the tort of defamation.

Terry Cox
February 3, 2009
Page 4

## Injurious Falsehood

Arizona permits an action for injurious falsehood based on a derogatory statement regarding "the plaintiff's business." *Fillmore*, 120 P.3d @ 703-704. A valid cause of action for injurious falsehood requires plaintiff to prove the  following elements:

1. A statement or statements to a third party. i.e. "published,"
2. Knowing that the statement or statements were false,
3. In an effort to persuade the third party from dealing with the plaintiff, and
4. Resulting in a pecuniary loss to the plaintiff.

Id. @ 703 citing *W. Techs., Inc. V. Sverdrup & Parcel, Inc.*, 154 Ariz. 1,4 739 P.2d 1318, 1321 (App. 1986) W. Prosser and W. Keeton, *The Law of Torts* § 128 and Restatement (Second) of Torts § 623.

Here, as you say on your published "**Fraud Alert**" website, your stated intent is to caution businesses against supplying financial information to the people or companies on your list who "may" be engaging in a broad range of offenses.  The "Alert" would serve no purpose but for the implicit, if not explicit, accusation of "Fraud." Clearly, inclusion on this list is meant to, and does, harm a person's or company's reputation. And, the accusations would have no purpose or effect if you did not mean to cause viewers of the page to not do business with the company, and/or to cause the business to fear loss of reputation and business once the accusations were published.

The purpose of your site is to make these accusations to warn potential or current clients away from doing business with our client, thereby causing, or hoping to cause, damage to our client's reputation and business by defaming it.  Indeed, you yourself admit the value of your customers, company name and reputation in the first line under the words "**Fraud Alert**": "SMC values the relationship we have with our members, our names, and our reputation." Thus, by consciously, and with calculated premeditation and admitted full knowledge of the "value" of customers, reputation and name, you attempt to destroy the same business "value" owned by our client, you and your site are liable for the tort of injurious falsehood.  Again, punitive damages may be awarded on this claim.

## Tortious Interference with Contract and Expectancy; Emotional Distress.

Tortious interference is an intentional interference with a valid, existing, or prospective relationship or business expectancy by tortious, illegal, or unconstitutional acts, or by acts that are either "improper under the circumstances" or unprivileged. Arizona Common Law recognizes the tort of "intentional interference with contracts" where there is:

Terry Cox
February 3, 2009
Page 5

       1. A valid contractual relationship or business expectancy,
       2. Knowledge of relationship or expectancy on part of interferer,
       3. Intentional and improper interference inducing or causing breach or
termination of relationship or expectancy, and
       4. Resulting damage to party whose relationship or expectancy has been
disrupted.

*See, Gilbert v. Board of Medical Examiners of State of Ariz.*, 155 Ariz. 169, 745 P.2d
617, (1987); *Wagenseller v. Scottsdale Memorial Hospital*, 147 Ariz. 370, 386-7, 710
P.2d 1025, 104142 (1985); *Snow v. Western Say. & Loan Ass'n*, 152 Ariz. 27, 34, 730
P.2d 204, 211 (1986); Restatement (Second) of Torts § 766.

       The factors the Court will consider in analyzing what constitutes improper
conduct are:

             a) the nature of the actor's conduct;
             b) the actor's motive;
             c) the interests of the other with which the actor's conduct interferes;
             d) the interests sought to be advanced by the actor;
             e) the social interests in protecting the freedom of action of the actor and
             the contractual interests of the other;
             f) the proximity or remoteness of the actor's conduct to the interference;
             and
             g) the relations between the parties.

Id. at § 767. Again, punitive damages may be, and typically are, awarded on this claim.

       Here, your intent and conduct are to slander and discredit my client and to
encourage others not to do a business with it in a business related to yours; thus,
interfering with known contracts, business relationships and expectancies. No social
value arises from damaging our client. Indeed, all you offer is slander and
unsubstantiated claims with no real information attached for the public. Thus, the
elements and public policy underlying this claim are satisfied. Moreover, given your
open admission of intent to damage the value of our client's business and the
recklessness and maliciousness of your conduct, National Marketers, LLC may have a
claim for the intentional infliction of emotional distress.

**Conclusion.**

       All of this is a long explanation of the simple point, which is, to demand that you
immediately remove National Marketers, LLC's name from the website. If you do not,
my client will be forced to sue you on these claims in Arizona.

Terry Cox
February 3, 2009
Page 6

Thank you for your attention and cooperation in this important matter.

Incidentally, a number of companies out there may be involved in the activities you describe. These are the really "bad guys," in my opinion. But, it is not your job to police the Internet. If you have a bonafide claim your remedy is to submit it to the judicial system. Failure to do so creates legal claims against your company and yourself personally.

Respectfully yours,

Donald W. Hudspeth

DWH:tjg

\\Azbiserv\data\ALL FILES\Ames Paul C\Injurious Falsehood,Defam Tort Interfer FINAL DRAFT2 2-2-09 .wpd

**EXHIBIT 12**

# Gmail

Paul Ames <paul@nationalmarketers.com>

## Reason for not marketing with you

1 message

Thu, Mar 26, 2009 at 3:59 PM

To: vance@nationalmarketers.com

Hello Vance,

I like the idea of your product, and it sounds like a good value. I did not agree to your service because the SMC terms of use state clearly that they can cancel my membership if I do business with anyone on their fraud list. I have nearly all of my previously liquid assets in their hands. I will not risk it at this time, when there are other options. Additionally, when I told you this on the phone, you became overly aggressive. I apologize for my inappropriate reaction.

Sincerely,
Lynn

**EXHIBIT 13**



**Paul Ames <paul@nationalmarketers.com>**

## advertising

1 message

| | |
|---|---|
| @yahoo.com> | Thu, Apr 9, 2009 at 1:42 PM |
| To: paul@nationalmarketers.com | |

Thank you for your offer in advertising my website. Renee did a great job of explaining how your company does the advertising; as well as the money breakdown. However, at this time I am unable to do business with your company; due to the fact that you are on the fraud alert list with SMC.

Mary

**EXHIBIT 14**

*Case # 8918300142.01*

# CHASE ⬡

**Customer Claim Department**
P.O. Box 620002
Internal Mail TX1-2551
Dallas, Texas 75262-9802
Phone: (866)564-2262    Fax: (866)701-9866

Customer Name: DEBORAH MARTIN
Claim Number:    791392255450001
Card Number:

## CUSTOMER QUESTIONNAIRE

Please complete this questionnaire and fax it to the number above as soon as possible. If you do not have access to a fax machine, the form may be mailed to the address above.

Please check the statement that applies to your situation:

[ ] My card was lost or stolen.

[X] I have unauthorized transactions, but my card is in my possession. What is the date and amount of the last valid transaction made with this card?  *5/15 for $13.38 at Meijer*

[ ] I never received this card in the mail

**Disputed Transactions:**

| Tran Date | Amount | Description | | Merchant Desc |
|---|---|---|---|---|
| 05/19/2009 | $1025.00 | NATIONAL MARKETERS LLC P | 05/16NATIONALTRN 044416 | |

Please provide the additional information requested below:

1.  Is the Personal Identification Number (PIN) located with the card, or written down? [ ] Yes [X] No
2.  If you answered "no" to question 1, do you know of any way someone might have obtained your PIN? [ ] Yes [X] No  If yes please provide details:

3   Have you ever allowed anyone to use your card? [ ] Yes [X] No
If so, please identify the individual(s) and circumstance(s):

4.  Do you suspect anyone in particular of using your card? [X] Yes [ ] No
5.  If you answered "yes" to question 4, please identify the individual and circumstances.
*National Marketers LLC. called about a "marketing campaign" customer wanted service gave debit card number, but then learned it was a fraudulent campaign*

Please attach additional information that may assist in the resolution of your claim.

I certify that the transaction(s) listed were not made by me or by a person authorized to use my card. Additionally, all transactions after 05/19/2009 without my authorization are fraudulent.

Please sign and date below and provide a daytime phone number. Phone number: [

*Deb Martin*
Cardholder's Signature                                      *5-19-09*  Date

If you have any questions, please contact a Customer Claim Specialist at the number above and refer to the claim number

791392255450001;1 LCM02_001

## <u>EXHIBIT 15</u>

G M il

Paul Ames <paul@nationalmarketers.com>

## My SMC Website

1 message

**Nelda**                                                                    Tue, Aug 4, 2009 at 4:47 PM
To: paul@nationalmarketers.com

Thanks for the opportunity to advertise my website, but after checking the SMC fraud alert, I found out that you guys are fraudulent and I have decided not to do business with you.

Thank You

# Gm il

**Paul Ames <paul@nationalmarketers.com>**

## Fraud List
1 message

**Nelda**
To: paul@nationalmarketers.com

**Tue, Aug 4, 2009 at 1:27 PM**

This is a copy of the list on SMC's website.

Please let me know if you got this and if you could read it.

**scan0001.gif**
75K

SMC values the relationship we have with our members, our names, and our reputation.

Occasionally, we receive complaints from members about other companies or individuals using misleadingly similar names, or falsely claiming or implying that they are associated with or endorsed by SMC or our legitimate affiliates.

The companies and individuals listed below are NOT affiliated with SMC in any way. They may infringe trademarks or copyrights, provide sub-standard products or services, or be involved with customer complaints, lawsuits, credit problems, or bankruptcy. Doing business with them may subject you to liability or termination of your membership. Please report any fraudulent or suspicious activity to us at fraudalert@smcorp.com.

**We strongly caution you against providing any of the following people or companies with your credit card, bank account, or other personal information.**

| | |
|---|---|
| **3XP Web Solutions** | **Internet Marketing Solutions** |
| **Ecommerce Business Solutions** | **USellCorp** |
| **Future Ranking** | **WebMarketing Source** |
| | |
| 15-Day-Free-Trial-Websites | Garette Craig |
| Anvis | Internet Advancement |
| ADZACT | Mark A. Nichols |
| Captures | Mark Busnelli |
| Charles E. Brooks, Jr. | Nicholas Dean Lunsford |
| ConsumerPay | Premier Hosting, Inc. |
| Custom Built Online Stores | Recommended-home-business |
| Daryl Rutherford | SMCeBiz |
| Inventory Source | Travis Prouty |
| Digiworld Technologies | National Marketers, LLC |
| Drop Ship Design | E-Commerce Advertising LLC |
| dropship-ecommerce | ecomreview |
| Ecommerce-Business-Services | Mike Mailberg |
| The E-Commerce Team, LLC | |

Federal Court Judgement against 3XPWeb predecessor-in-interest

Federal Court Injunction against USellCorp predecessor-in-interest

Arrest Record of 3XPWeb employee

SMC Standard Membership Rules    Terms of Use    Privacy Policy

1K

© 1996-2009 Specialty Merchandise Corporation®
All rights reserved.