E-FILED: 03.15.10

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL MARKETERS, LLC, an Arizona limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SMC PROMOTIONS, INC., an Arizona corporation; SPECIALTY MERCHANDISE CORPORATION, a California corporation; JOHN DOES I–X; and BLUE CORPORATIONS I–X,<br><br>　　　　　Defendants. | CASE NO. CV 09-06696 MMM (AGRx)<br><br>JUDGMENT AWARDING ATTORNEYS' FEES TO PLAINTIFF |

　　　On January 10, 2010, plaintiff National Marketers, LLC filed a motion for attorneys' fees incurred in connection with its successful motion to remand this action to Maricopa County Superior Court in Arizona. In an order dated March 15, 2010, the court granted plaintiff's motion. Accordingly,

　　　IT IS ORDERED AND ADJUDGED that plaintiff recover from defendants SMC Promotions, Inc. and Speciality Merchandise Corporation attorneys' fees of $11,475.50. This sum shall bear post-judgment interest at the rate of .39%.

DATED: March 15, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE